IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Napolitano, Karyn

Printed: 11/25/08

Case Number: 04 B 29524
Judge: Hollis, Pamela S
Filed: 8/9/04

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Completed: October 24, 2008
Confirmed: October 18, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 23,550.00 |  |
| Secured: |  | 11,294.58 |
| Unsecured: |  | 8,965.03 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,775.00 |
| Trustee Fee: |  | 1,269.84 |
| Other Funds: |  | 245.55 |
| Totals: | 23,550.00 | 23,550.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Debra J Vorhies-Levine | Administrative | 1,775.00 | 1,775.00 |
| 2. | Mazda American Credit | Secured | 11,294.58 | 11,294.58 |
| 3. | RoundUp Funding LLC | Unsecured | 3,235.10 | 3,235.10 |
| 4. | Resurgent Capital Services | Unsecured | 107.55 | 107.55 |
| 5. | ECast Settlement Corp | Unsecured | 496.01 | 496.01 |
| 6. | ECast Settlement Corp | Unsecured | 1,073.78 | 1,073.78 |
| 7. | ECast Settlement Corp | Unsecured | 535.23 | 535.23 |
| 8. | ECast Settlement Corp | Unsecured | 216.47 | 216.47 |
| 9. | RoundUp Funding LLC | Unsecured | 3,039.69 | 3,039.69 |
| 10. | Kohl's/Kohl's Dept Stores | Unsecured | 261.20 | 261.20 |
| 11. | Chase Mastercard/Visa | Unsecured |  | No Claim Filed |
| 12. | Citibank Visa | Unsecured |  | No Claim Filed |
| 13. | Home Depot | Unsecured |  | No Claim Filed |
| 14. | Citibank USA | Unsecured |  | No Claim Filed |
| 15. | Sams Club | Unsecured |  | No Claim Filed |
|  |  |  | $ 22,034.61 | $ 22,034.61 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Napolitano, Karyn | Case Number: 04 B 29524 |
|---|---|
| | Judge: Hollis, Pamela S |
| Printed: 11/25/08 | Filed: 8/9/04 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 6.5% | 191.10 |
| 4% | 23.10 |
| 3% | 50.40 |
| 5.5% | 207.90 |
| 5% | 63.00 |
| 4.8% | 120.96 |
| 5.4% | 599.89 |
| 6.6% | 13.49 |
| | $ 1,269.84 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

